September Baron
5200 Capobella
Aliso Viejo, Ca. 92656
949-684-8182
spearce2@ivc.edu

In: PROPRIA PERSONA

FILED
CLERK, U.S. DISTRICT COURT

03/31/2025

CENTRAL DISTRICT OF CALIFORNIA
BY ___mba___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

September Baron

    Plaintiff(s),

  vs.

Rob Bonta aka ROB BONTA dba ATTORNEY GENERAL OF CALIFORNIA, Don Barnes aka DON BARNES dba CHIEF OF ORANGE COUNTY SHERIFF DEPARTMENT, Amy Burmood aka AMY BURMOOD dba INVESTIGATOR AT ORANGE COUNTY SHERIFF DEPARTMENT, M. Johnson aka M. JOHNSON dba DEPUTY AT ORANGE COUNTY SHERIFF DEPARTMENT, L. Martinez dba DEPUTY SARGENT AT ORANGE COUNTY SHERIFF DEPARTMENT, C. Hibbs aka C. HIBBS dba DEPUTY SARGENT AT ORANGE COUNTY SHERIFF DEPARTMENT, Chad Phillips aka CHAD PHILLIPS dba DEPUTY SARGENT AT ORANGE COUNTY SHERIFF DEPARTMENT, Jerry Poole aka JERRY POOLE dba ORANGE COUNTY DISTRICT ATTORNEY INVESTIGATOR, each Individually and OFFICIALLY and James Waldrop

    Defendant(s).

Case No.:  8:25-cv-00757-JGB (BFM)

**42 USC SECTION 1983, & 18 USC 242 AMERICAN WITH DISABILITIES ACT AND TOM BANE ACT CLAIM FOR DAMAGES AND REQUEST FOR INJUNCTIVE RELIEF**

**-JURY TRIAL DEMANDED-**

1
2
# I.  INTRODUCTION
3
4  I, Plaintiff, September Baron, ***wish to establish that I am a living being, wherefore Principal is Agent***
5  ***and Agent is Principal.***
6
7   I bring this action against all named defendants who have deprived me of my unalienable
8  fundamental human rights.  Constitutional Rights have been systematically violated by Defendants
9  through a pattern of harassment, threats, and deliberate indifference to my safety and right to life,
10  liberty and pursuit of happiness.
11
12
13  This action arises under the First, Fourth, Eighth, Ninth and Fourteenth Amendments.
14  to the United States Constitution, enforced through 42 U.S.C. § 1983 and § 1985, and the
15  Americans with Disabilities Act (ADA).
16
17
18  # II.  JURISDICTION AND VENUE
19
20  This Court has federal question jurisdiction under 28 U.S.C. §§ 1331 and 1343 as Plaintiff's claims
21  arise under the United States Constitution (First, Fourth, and Fourteenth Amendments), 42 U.S.C. §
22  1983, 42 U.S.C. § 12101 (ADA), and California state law.
23
24  Venue is proper in the Central District of California under 28 U.S.C. § 1391(b), as the events
25  occurred in Orange County, California.
26
27
28

42 USC SECTION 1983 CRIMINAL/CIVIL CLAIM FOR DAMAGES AND REQUEST FOR INJUNCTION

# III. **PARTIES**

Plaintiff, September Baron was an inhabitant of Orange County, California, a domestic violence survivor, and a qualified individual with disabilities under the ADA.

Defendant James Waldrop is a California resident and Plaintiff's former partner, who physically, emotionally, and financially abused her.

Defendants Rob Bonta aka ROB BONTA ATTORNEY GENERAL OF CALIFORNIA , Chief Don Barnes aka DON BARNES CHEIF OF ORANGE COUNTY SHEERIFF DEPARTMENT, Amy Burmood aka AMY BURMOOD INVESTIGATOR AT ORANGE COUNTY SHERIFF DEPARTMENT, Chad Phillips aka CHAD PHILLIPS DEPUTY SARGENT AT ORANGE COUNTY SHERIFF DEPARTMENT,  M. Johnson  aka M. JOHNSON, DEPUTY AT ORANGE COUNTY SHERIFF DEPARTMENT, L. Martinez aka L. MARTINEZ aka DEPUTY SARGENT AT ORANGE COUNTY SHERIFF DEPARTMENT,, C. Hibbs  aka  C. HIBBS DEPUTY SARGENT AT ORANGE COUNTY SHERIFF DEPARTMENT, Jerry Poole aka JERRY POOLE INVESTIGATOR AT ORANGE COUNTY DISTRICT ATTORNEY OFFICE are all sued in their Individual and OFFICIAL capacity..

# IV. **FACTUAL ALLEGATIONS**

**Failure of Law Enforcement to Investigate and Protect Plaintiff**

On December 21, 2021, Defendant James Waldrop physically attacked me outside of my apartment at 5200 Capobella in Aliso Viejo, Ca. Leaving my face battered.

1    This incident was witnessed by Ivy Baron, my daughter as well as neighbors who could see that

2    attack occurring outside, which were indicated in the multiple 911 calls in the Sheriff's blotter that

3    night by neighbors requesting help to my address.

4

5    Despite these calls, no sheriff's deputies responded to assist or intervene in the crime.

6

7

8    Defendant James Waldrop attempted to deter me from reporting abuse by offering me money. He

9    also drafted a handwritten contract stating it was legally binding detailing the physical, financial,

10   and emotional abuse he inflicted during our relationship.

11

12   Soon after I conducted a background check on James Waldrop, revealing a serious criminal history,

13   including prior offenses for corporal punishment and false imprisonment of a spouse.

14

15

16   I subsequently reported the abuse by going to the Aliso Viejo Sheriff's Department. At the time of

17   reporting, I expressed specific safety concerns to Sergeant Chad Phillips, who assured me that an

18   investigator would reach out to me before making any contact with James. I reiterated my concerns

19   regarding Waldrop's history of domestic violence on a separate occasion, and Sergeant Phillips

20   again assured me that an investigator would reach out to address my safety concerns.

21

22

23   Despite these assurances, the only communication I received regarding the Orange County Sheriff's

24   Department Investigations Unit was after receiving a text message from Waldrop, which contained

25   an image of Detective Amy Burmood's card along with the report number provided to me at the

26   time I reported the abuse.

27

28

I attempted to contact Detective Burmood for clarification regarding why Waldrop had been contacted without any communication prior to address the known safety concerns. However, Detective Burmood abruptly disconnected the call, and no further communication occurred between the detective and myself and no investigation was done by Amy Burmood.

Burmood failed to collect key evidence, including:

• Photos of my injuries,

• A handwritten note by James Waldrop admitting to the abuse

Upon obtaining a copy of the police report related to her initial complaint, I discovered material inaccuracies. The report falsely stated that my daughter did not witness or have any knowledge of the abuse. It also misrepresented the documents I provided to law enforcement, inaccurately stating that I submitted multiple documents, when in fact, I had only provided a copy of the Sheriff's Department Handbook.

The report also states that I refused any of the domestic violence paperwork they are legally obligated to provide me. The truth in fact is I was not offered any type of documentation by the Orange County Sheriff's Department, specifically Sargent Chad Phillips.

The police report states that I am "physically handicapped," establishing that I am a member of a protected class entitled to additional protections.

Despite this, the Sheriff's Department failed to provide me with equal protection under the law, let alone the enhanced protection to which she is legally entitled.

1

2  **FALSE PSYCHIATRIC HOLD INITIATED BY OCSD AFTER CALLING NON-**

3  **EMERGECY DISPATCH TO REPORT ADDITIONAL DOMESTIC ABUSE**

4
   On September 5, 2023, I contacted the non-emergency dispatch line of the Sheriff's Department to
5
   report more injuries caused by James Waldrop.
6

7

8  Instead of investigating the abuse, the Sheriff's Department falsely and maliciously reported I was

9  suicidal and initiated a dispatch for emergency responders and an ambulance to my residence.

10

11
   After medically and mentally clearing the me, emergency responders then left the scene,
12
   demonstrating that the 5150 hold was fabricated.
13

14

15  After no follow-up by the ORANGE COUNTY SHERIFF'S DEPARTMENT, I requested the

16  police report which I discovered that OCSD deputies M. Johnson, L Martinez and C. Hibbs had

17  omitted, fabricated and falsified information stating that:

18        a)  James Waldrop did not exist.

19        b)  That I "self-Inflicted" my injuries, which is physically implausible based on the physical
20
             deformity of my arm and the location of the injuries.
21
          c)  That I was mentally ill and physically disabled.
22
          d)  Omitted entirely dispatching Paramedics and Emergency Responders on a falsified 5150
23
             hold.
24

25

26  I requested the fire authority's incident report for that day which confirms that the OCSD initiated

27  the dispatch and contradicts the Sheriff's Department's fabricated and falsified report, proving that

28

42 USC SECTION 1983 CRIMINAL/CIVIL CLAIM FOR DAMAGES AND REQUEST FOR INJUNCTION

emergency responders medically and mentally cleared me at the scene and that the Sheriff's Department knowingly misrepresented my mental health status to discredit me.

These false reports effectively prevented me from seeking justice and protected James Waldrop from prosecution, leaving me vulnerable to continued abuse.

# V.  <u>FEDERAL CAUSES OF ACTION</u>

**COUNT ONE – <u>Violation 42 U.S.C. § 1983), 18 USC § 242</u> (Against ATTORNEY GENERAL Rob Bonta, CHIEF Don Barnes, DA Investigator Jerry Poole and Individual Deputies)**

I incorporate all prior paragraphs as though fully set forth herein.

Defendants acted under color of state law in failing to protect me, failing to investigate my claims, and falsifying records to discredit me and shield my abuser, James Waldrop from prosecution.

Defendants' deliberate indifference deprived me of my constitutional rights under the First, Fourth, Eighth, Ninth and Fourteenth Amendments.

**COUNT TWO <u>–. VIOLATION OF THE AMERICANS WITH DISABILITIES ACT (ADA), 42 U.S.C. § 12132 (Against</u> ATTORNEY GENERAL Rob Bonta, CHIEF Don Barnes, DA Investigator Jerry Poole and Individual Deputies).**

I incorporate all prior paragraphs as though fully set forth herein.

42 USC SECTION 1983 CRIMINAL/CIVIL CLAIM FOR DAMAGES AND REQUEST FOR INJUNCTION

Defendants discriminated against me based on a perceived mental illness by maliciously attempting to subject me to a emergency 5150 hold without cause.

The Sheriff's Department falsely labeled me as mentally ill and disabled to discredit my reports and deny me equal access to law enforcement services.

This conduct constitutes discrimination under the ADA because I was denied police protection based on a perceived mental disability.

## COUNT THREE - <u>VIOLATION OF 18 U.S.C. § 242</u> – DEPRIVATION OF RIGHTS UNDER COLOR OF LAW (<u>Against</u> ATTORNEY GENERAL Rob Bonta, CHIEF Don Barnes, DA Investigator Jerry Poole and Individual Deputies).

I incorporate all prior paragraphs as though fully set forth herein.

It is a federal crime for public officials to willfully deprive a person of their constitutional rights under color of law.

Defendants M. Johnson, L. Martinez and C.Hibbs fabricated, falsified and omitted evidence in the report to prevent me from any justice, this is an intentional violation of my constitutional rights.

The sheriff's department filed the domestic abuse report which included pictures of injuries to tmy body inflicted by James Waldrop as a "non-criminal information report".

On the December 21 incident, despite multiple emergency calls, the Orange County Sheriff's Department failed to ever respond to the scene

## COUNT THREE <u>– Violation of First Amendment</u> (Against, ATTORNEY GENERAL Rob Bonta, CHIEF Don Barnes, DA Investigator Jerry Poole and Individual Deputies)

I incorporate all prior paragraphs as though fully set forth herein.

The First Amendment protects the right to petition the government for redress of grievances.

ATTORNEY GENERAL Rob Bonta's Office's failure to investigate my civil rights complaint deprived me of my right to seek redress.

Despite the multiple witnesses to the December 21 incident, as well as the me providing pictures of the injuries caused by James Waldrop as well as his handwritten contract outlining the abuse. Orange County District Attorney Investigator, Jerry Poole rejected the case stating it was because I didn't report the crime right away and there was lack of evidence

Detective Poole refused to address why there were multiple calls for help the night the crime was taking place and not a single deputy ever came to the scene.

42 USC SECTION 1983 CRIMINAL/CIVIL CLAIM FOR DAMAGES AND REQUEST FOR INJUNCTION

Detective Poole also refused to tell me what evidence was considered to make the determination that there was lack of evidence.

## COUNT FOUR – Violation of Fourth Amendment (Against ATTORNEY GENERAL Rob Bonta, CHIEF Don Barnes and Individual Deputies)

I incorporate all prior paragraphs as though fully set forth herein.

The Fourth Amendment protects against unreasonable searches and seizures.

Defendants L. Martinez and M. Johnson wrongfully restrained me by falsely and maliciously stating I was suicidal and in need of an emergency 5150.

The paramedics who assessed me found no mental instability, proving the hold was fabricated.

## COUNT FIVE - Negligent Infliction of Emotional Distress (Against, CHIEF Don Barnes, DA Investigator Poole and Individual Deputies)

I incorporate all prior paragraphs as though fully set forth herein.

Defendants acted negligently by failing to properly investigate my domestic violence reports and instead discriminated and used my percieved disabilities as the reason they obstructed my right to a remedy from James Waldrop's abuse.

Defendants' conduct caused me severe emotional distress, including feelings of helplessness, fear, and humiliation.

42 USC SECTION 1983 CRIMINAL/CIVIL CLAIM FOR DAMAGES AND REQUEST FOR INJUNCTION

## COUNT SEVEN - 18 U.S.C. § 1001 (CHIEF Don Barnes and Individual Deputies)

I incorporate all prior paragraphs as though fully set forth herein.

OCSD knowing and intentionally made material misrepresentations, fabrications and omissions to obstruct my right to seek justice.

# VI.  STATE CAUSES OF ACTION

**(Against the ORANGE COUNTY SHERIFF'S DEPARTMENT, CHIEF Don Barnes, Investigator Jerry Poole and Individual Deputies)**

## COUNT NINE – Civil Rights Violations Under 42 U.S.C. § 1983, Supported by Cal. Penal Code § 118.1

I incorporate all prior paragraphs as though fully set forth herein.

Defendants M. Johnson, L. Martinez, and C. Hibbs, acting under color of state law, intentionally authored false and misleading police reports that omitted key facts regarding my reports of domestic violence.

These omissions and falsifications mirror the conduct described in California Penal Code § 118.1, which prohibits public officers from knowingly including false statements in official reports.

**COUNT TEN – Violation of California Civil Code § 52.1 (The Bane Act), Supported by Cal. Penal Code §§ 132 & 134**

I incorporate all prior paragraphs as though fully set forth herein.

It is undisputed that L. Martinez, M. Johnson and C. Hibbs made false Statements and omissions in a report of domestic violence, including documented bodily injuries as a "non-criminal information report".

By submitting falsified police reports and omitting evidence, Defendants interfered with my constitutional rights through coercion and deception. The misconduct is consistent with California Penal Code §§ 132 and 134, which prohibit offering false written evidence and preparing false documents for use in legal proceedings.

This interference, when paired with threats of psychiatric detention and denial of legal process, violated my rights to seek protection and redress and subjected me to fear and intimidation, in violation of the Bane Act

**COUNT ELEVEN – Violation of California Civil Code § 52.1 and California Penal Code § 135 (Evidence Tampering)**

I incorporate all prior paragraphs as though fully set forth herein.

OCSD Deputies M. Johnson, L. Martinez, and C. Hibbs intentionally omitted crucial physical and testimonial evidence from police reports related to my abuse. This evidence included photos, witness accounts, and a handwritten admission of abuse by Defendant James Waldrop.

While Penal Code § 135 criminalizes the destruction or concealment of evidence, I assert this conduct here to establish that such omissions constitute coercive interference with her constitutional rights under the Bane Act.

## COUNT TWELVE – Disability Discrimination Under Unruh Civil Rights Act (Cal. Civil Code § 51)

I incorporate all prior paragraphs as though fully set forth herein.

Defendants discriminated against me based on my disability and perceived mental disability by discrediting her abuse claims and subjecting her to an unjustified emergency 5150 hold. This conduct violates California's Unruh Civil Rights Act, which prohibits discrimination by public agencies based on disability, including perceived disability.

## COUNT THIRTEEN – Violation of California Government Code § 815.6 (Mandatory Duty to Act)

I incorporate all prior paragraphs as though fully set forth herein.

California law imposes a mandatory duty on law enforcement agencies to investigate and appropriately respond to reports of domestic violence. Defendants' failure to investigate my claims, combined with the dispatching of emergency services based on fabricated reports and the failure to follow up, constitutes a breach of that duty.

42 USC SECTION 1983 CRIMINAL/CIVIL CLAIM FOR DAMAGES AND REQUEST FOR INJUNCTION

This failure directly caused me harm and violated the protections afforded by California Government Code § 815.6.

**I reference the California Penal Code to demonstrate the severity of Defendants' conduct and support my civil claims. I acknowledge that these Penal Code provisions are criminal statutes and are not independently enforceable in this civil action. Their inclusion serves to establish the factual basis for the Defendants' misconduct and the necessity of compensatory and injunctive relief.**

## VII.    REQUEST FOR INJUNCTIVE RELIEF

WHEREFORE, I, September Baron seek injunctive relief under 28 U.S.C. § 2201 (Declaratory Judgment Act), Federal Rule of Civil Procedure 65, and all other applicable laws, to prevent further violations of my constitutional and statutory rights and to remedy the harm caused by Defendants' actions.

Specifically, I respectfully request that the Court:

1.    Issue a declaratory judgment that Defendants violated Plaintiff's constitutional rights under the First, Fourth, and Fourteenth Amendments, the Americans with Disabilities Act, and California Civil Code § 52.1.

2.    Enjoin the Orange County Sheriff's Department and associated agencies from:

•    Failing to investigate or respond to reports of domestic violence based on disability or perceived disability.

•    Falsifying, omitting, or concealing evidence in domestic violence or disability-related incidents.

•    Retaliating against individuals who report law enforcement misconduct.

3.    Order Defendants to implement policies and procedures to:

- • Properly classify and investigate domestic violence complaints.

- • Train officers on constitutional obligations under the ADA and civil rights law.

- • Maintain transparent and accurate documentation of all incident reports.

4.    Appoint an independent monitor or recommend oversight by the California Department of Justice to ensure compliance with the above remedies.

5.    Issue any further equitable relief the Court deems just and proper to prevent continuing harm to myself and others similarly situated.

6. Prosecution of James Waldrop.

## VIII.    <u>PRAYER FOR RELIEF</u>

**WHEREFORE**, I, September Baron respectfully requests:

1.    For general and special damages in an amount to be determined at trial.

2.    For punitive damages against the individual Defendants in their personal capacities for willful, malicious, and oppressive conduct.

3.    For injunctive and declaratory relief as stated above.

4.    For any such other relief as the Court may deem just and proper.

## IX.    <u>Plaintiff, September Baron demands a jury trial on all claims.</u>

I, September Baron, in Propria Persona WITHOUT PREJUDICE pursuant to UCC 1-308, ALL RIGHTS RESERVED declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

1

2

3    DATED: March 31, 2025                              Respectfully Submitted,

4

5

6    _____

7    September Baron in Propria Persona
     WITHOUT PREJUDICE pursuant to
8    UCC 1-308
     ALL RIGHTS RESERVED

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

42 USC SECTION 1983 CRIMINAL/CIVIL CLAIM FOR DAMAGES AND REQUEST FOR INJUNCTION

# EXHIBIT A



**ORANGE COUNTY SHERIFF'S DEPARTMENT CALIFORNIA**

DR #: 22-003962

**INCIDENT REPORT**

JI/Call #: 220205-0219

## ORIGINAL

Reporting Area: Aliso Viejo

### EVENT SUMMARY

#### OFFENSES

| Statute Code | Degree | Statute Description |
|---|---|---|
| 136.1(B)(1) PC | Misdemeanor | Prevent/Dissuade Witness/Victim From Reporting |
| 243(E)(1) PC | Misdemeanor | Battery:spouse/Ex Spouse/Date/Etc |

**Date Occurred:** Tuesday, 12/21/2021 20:30    **End Date:** Tuesday, 12/21/2021 21:00

**Date Reported:** Saturday, 2/5/2022 09:45

**Incident Address:** 5000 Capobella Apt. # 5200, Aliso Viejo CA 92656    **Grid:** 921D2

**Evidence Collected?** ☑    **Suspect Arrested?** ☐

**Naloxone Deployed?** ☐    **Number of doses deployed:** 0    **Use of Force?** ☐

**Brief Description:** SUBJECT REPORTED BEING ASSAULTED BY BOYFRIEND 2 MONTHS PRIOR

**Property Loss:** $0.00

#### VICTIM(S)

BARON, SEPTEMBER, **DOB:** 10/19/1980

#### SUSPECT(S)

WALDROP, JAMES, **DOB:** ▮▮▮▮▮▮

#### OTHER PERSON(S) INVOLVED

BARON, IVY, WITNESS

### DOMESTIC VIOLENCE

**Relationship of involved parties:** Dating / Engaged    **Length of relationship:** 2 Years

☐ **Incident involved Strangulation/Attempted Strangulation**    ☐ **Incident involved Suffocation / Attempted Suffocation**

☑ **Prior history of domestic violence**    ☐ **Prior History of violence documented**

**Number of prior incidents:** UNKNOWN    **Investigating Agency:**

**Prior Case Number(s):**

☑ **Witnesses Present during Domestic Violence**    **Number of Photos taken:**

　☐ **Statements taken**    **Photos taken by:** VICTIM

☐ **Children present during Domestic Violence**    ☑ **Photos of Victims Injuries**

　☐ **Statements taken**    ☐ **Photos of Suspects injuries**

☐ **Weapons used**    ☐ **Photos of crime scene**

**Type of weapons used:**    ☐ **Involved parties given Domestic Violence pamphlet**

☐ **Firearms taken**    **Restraining Order:** None

| VICTIM/PARTY 1 | SUSPECT/PARTY 2 |
|---|---|
| **Demeanor:** Angry | **Demeanor:** |
| **Injuries:** Bruise(s) | **Injuries:** |

Page 1 of 5

**Exhibit: A Page: 3**

ORANGE COUNTY
**SHERIFF'S DEPARTMENT**
CALIFORNIA

**DR #:** 22-003962

**INCIDENT REPORT**

**JI/Call #:** 220205-0219

# ORIGINAL

**Reporting Area:** Aliso Viejo

| | |
|---|---|
| **Medical treatment:** None | **Medical treatment:** |
| ☐ **Medical Records Consent form signed** | ☐ **Medical Records Consent form signed** |
| **On Scene Medic Name:** | **On Scene Medic Name:** |
| **Hospital:** | **Hospital:** |
| **Attending Physician:** | **Attending Physician:** |

## CRIMES AGAINST PEOPLE/PROPERTY

**Offense:** 136.1(B)(1)                                  **Attempted/Completed:** Completed

**Apparent Motive:** Argument/Anger            **Instruments/Tools Used:**

**Offense Location:** Driveway (residential)

**Offender Suspected of Using:** Not Applicable

---

**Offense:** 243(E)(1)                                  **Attempted/Completed:** Completed

**Apparent Motive:** Argument/Anger            **Instruments/Tools Used:**

**Offense Location:** Driveway (residential)

**Weapons Used:** Personal Weapon (hands; feet; teeth; etc.)

**Offender Suspected of Using:** Not Applicable

## VICTIM(S)

**Name:** BARON, SEPTEMBER                    **DOB:** 10/19/1980                    **Age:** 41

**Address:** 5000 Capobella Apt. # 5200, Aliso Viejo CA 92656

**Related To:** 136.1(B)(1)            243(E)(1)

**Relationship To Offender:**    WALDROP, JAMES: Victim Was Girlfriend

**Sex:** Female                    **Race:** White                    **Ethnicity:** Non-Hispanic

**Appearance:**                    **Demeanor:** Angry

**Suspected Drug/Alcohol use?** No            **Marital Status:** Unknown

**Resident Status:** Resident

**Force or method used:**                    **How Assaulted:** Hit / Punched

**Injuries:** Apparent Minor Injury

**Describe Injuries:** Bruise On Bottom Left Jaw

**Cell Phone:** (949)684-8212        **Home Phone:**        **Other Phone:**

**Victim was Assaulted / Raped?** Physically Handicapped

**Naloxone Deployed?**        ☐        **Number of doses:**

## SUSPECT(S)

**Name:** WALDROP, JAMES        **DOB:** ██████        **AGE:** ██        **Cite #:**

**Address:** ████████████████

Page 2 of 5

ORANGE COUNTY
**SHERIFF'S DEPARTMENT**
CALIFORNIA

**DR #:** 22-003962

**INCIDENT REPORT**

**JI/Call #:** 220205-0219

# ORIGINAL

**Reporting Area:** Aliso Viejo

**Related To:** 243(E)(1)          136.1(B)(1)

**Sex:** Male                          **Race:** Unknown                          **Ethnicity** Unknown

**Cell Phone:** ▮▮▮▮▮▮          **Home Phone:**          **Other Phone:** ▮▮▮▮▮▮

**Occupation:** Laborer

**Work/School Name:** ▮▮▮▮▮▮▮▮▮▮▮▮

**Main Phone:** ▮▮▮▮▮▮          **Work/School Email:**

**Work/School Address:** ▮▮▮▮▮▮▮▮▮▮

**Naloxone Deployed?**          ☐          **Number of doses:** ▮▮▮▮▮▮

## WITNESS

**Name:** BARON, IVY                          **Age:**

**Position/Title:** DAUGHTER

**Address:** 5000 Capobella Apt. # 5200, Aliso Viejo CA 92656

**Related To:** 243(E)(1)

**Cell Phone:** (949)690-6168          **Home Phone:**          **Other Phone:**

## PROPERTY/EVIDENCE

**Property Type:** Found/Safekeeping

**Property Description:** MISC PAPERWORK

**Miscellaneous Description:** ABOUT 50 PAGES OF SOVEREIGN CITIZEN PAPERS

**Quantity:** 1          **Brand/Make:**                          **Model:**

## NARRATIVE

On Saturday, 2/5/22, Deputy L. Pereyra (#3357) and I were working uniformed patrol in the City of Aliso Viejo, County of Orange. At about 0945 hours, we were dispatched to the Carl's Junior located at 23002 Aliso Creek Road reference a subject reporting an assault that occurred in December. On arrival, I spoke to the victim September Baron (10/19/1980).

As we approached September in the parking lot she appeared agitated and began yelling at us. She began waving two packets of paper and told us to read them. She said we were violating her rights. I calmly asked her if she called us about an assault that occurred and if she could explain what happened. She continued to yell and interrupt me as I attempted to talk to her. She became more agitated, and told us to "get the fuck away" from her. I told September she could contact us again if she wished to document a crime. We left the area.

As we drove away from the area, September followed us to the Aliso Viejo Sheriff's Substation located 11 Journey. She drove erratically by speeding and changing lanes without signaling. She "flipped us off" repeatedly by extending her middle finger. The incident was recorded on the Patrol Video System and Body Worn Camera.

We arrived and parked at the Aliso Viejo Substation. Sergeant C. Phillips (#3870) and Deputy D. Mossett (#9776) arrived to speak with September. September appeared to calm down while speaking with Sergeant

Page 3 of 5

**Exhibit: A Page: 3**

| ORANGE COUNTY SHERIFF'S DEPARTMENT CALIFORNIA | DR #: 22-003962 |
|---|---|

**INCIDENT REPORT**

**JI/Call #:** 220205-0219

## ORIGINAL

**Reporting Area:** Aliso Viejo

Phillips. I approached and asked September if I could speak with her. The following is a summary of September's statement:

On Tuesday, 12/21/21, at about 0830 hours, she was at her residence at 5000 Capobella Apt#5200. Her boyfriend James Waldrop ████████ and her were arguing over money. Her and James were in a dating relationship for 2 years and had no children in common. She walked out of the residence and James followed her. She entered the driver seat of her car which was parked in front of the residence. James entered the passenger seat and told her not to leave.  James punched her once in the face with a closed fist. She was struck on the left jaw. She did not report the crime and did not seek medical attention.

She took multiple pictures of a bruise on her left lower jawline. She claimed it was where James punched her. I asked her to send the pictures to my department email. As of writing this report, September has not sent me the pictures.

She did not report the incident at the time because James persuaded her not to. He said the police would not help her, and offered to pay her $1,000.00 if she did not report the crime. She accepted the payment and did not notify the police.

She said James has hit her multiple times before. She did not seek medical attention for the previous times and did not notify police. She did not know how many times James had hit her. She was beginning to get scared because he was starting to hit her from behind. She ended her relationship with James sometime early January. She changed phone numbers so he could not contact her. She last met with him on 2/3/22 when she attempted to collect money from him.

September stated her daughter Ivy Baron (NFD) witnessed the incident. Ivy lives at the residence. I called Ivy's cellphone and spoke with her, the following is a summary of her statement:

She did not remember September and John arguing in the front of the residence on 12/21/21. She remembered an argument that occurred on an unknown date in December. September and James were arguing in the garage. The both walked into the household. September said James had hit her. James admitted to hitting September. There were no marks or injuries on September. Ivy did not see James hit September. She did not remember any other occurrences of James hitting September.

I attempted to call James with the two phone numbers September provided, but there was no answer.

September desired prosecution.

I gave September a Marsy's card with the case number and my email on it. September refused a domestic violence brochure.

September handed Sergeant Phillips miscellaneous paperwork unrelated to the incident. It was about 50 pages about the Sovereign Citizen Movement. I booked the paperwork for safekeeping at the Aliso Viejo Substation.

| NVOLVEMENT TYPE | OFFICER NAME | BODY WORN CAMERA | DATE |
|---|---|---|---|
| Assisting Officer | C . Phillips 03870 | ☑ | 2/5/2022 |
| Approving Officer | J . Gagen 03333 | ☐ | 2/5/2022 |
| Reporting Officer | C . Belfield 10313 | ☑ | 2/5/2022 |
| Assisting Officer | D . Mossett 09776 | ☑ | 2/5/2022 |

**Exhibit: A Page: 4**

ORANGE COUNTY
**SHERIFF'S DEPARTMENT**
CALIFORNIA

**DR #:** 22-003962

**INCIDENT REPORT**

**JI/Call #:** 220205-0219

# ORIGINAL

**Reporting Area:** Aliso Viejo

| Assisting Officer | L . Pereyra 03357 | ☑ | 2/5/2022 |

**Exhibit: A Page: 5**

# EXHIBIT B



**ORANGE COUNTY
SHERIFF'S DEPARTMENT
CALIFORNIA**

**DR #:** 23-033188

INCIDENT REPORT

# ORIGINAL

## EVENT SUMMARY

### OFFENSES

| Statute Code | Degree | Statute Description |
| --- | --- | --- |
| INFORMATION REPORT | Non-Criminal | Information Report |

**Date Occurred:** Friday, 9/1/2023 09:00

**Date Reported:** Tuesday, 9/5/2023 10:25

**Incident Address:** 5200 Capobella, Aliso Viejo CA 92656          **Grid:** 921D2

**Evidence Collected?** ☑          **Suspect Arrested?** ☐

**Naloxone Deployed?** ☐          **Number of doses deployed:** 0          **Use of Force?** ☐

**Brief Description:** Angry female reporting domestic violence late

**Property Loss:** $0.00

### OTHER PERSON(S) INVOLVED

BARON, SEPTEMBER LEE, **DOB:** 10/19/1980, REPORTEE

WALDROP, JAMES JOHN, **DOB:** █████████

### CRIMES AGAINST PEOPLE/PROPERTY

**Offense:** INFORMATION REPORT          **Attempted/Completed:** Completed

**Offense Location:** Single Family Home

**Offender Suspected of Using:** Not Applicable

### REPORTEE

**Name:** BARON, SEPTEMBER LEE          **DOB:** 10/19/1980          **Age:** 42

**Address:** 5200 Capobella, Aliso Viejo CA 92656

**Related To:** INFORMATION REPORT

**Cell Phone:**          **Home Phone:** (949)684-8182          **Other Phone:**

**Sex:** Female          **Race:** White          **Ethnicity:** Non-Hispanic

**Demeanor:**          **Injuries:** Apparent Minor Injury

**Naloxone Deployed?** ☐          **Number of doses:**

### SUBJECT

**Name:** WALDROP, JAMES JOHN          **DOB:** ███████          **Age:** ████

**Address:** ███████████████

**Related To:** INFORMATION REPORT

**Cell Phone:**          **Home Phone:** ███████████          **Other Phone:**

**Sex:** Male          **Race:** Unknown          **Ethnicity:** Unknown

**Naloxone Deployed?** ☐          **Number of doses:**

### NARRATIVE

Page 1 of 4

**Exhibit: B Page: 1**



ORANGE COUNTY
**SHERIFF'S DEPARTMENT**
CALIFORNIA

DR #: 23-033188

**INCIDENT REPORT**

# ORIGINAL

On 09-03-23, at about 0938 hours, I was dispatched to 5200 Capobella in the City of Aliso Viejo, reference a known female who suffers from apparent mental health conditions and anger issues, wanting to report numerous assault reports. Upon my arrival, the female was heard screaming through the apartment door about how she is going to get back at the Orange County Sheriff's Department for not filing her cases. I later made contact with September Lee Baron (DOB 10-19-80) outside of her apartment, who just screamed at me while filming me. I left the area shortly after realizing September had nothing to report to me rather just wanted to rant and scream about the awfulness of the Orange County Sheriff's Department and OC District Attorney's Office.

At about 1025 hours, Sergeant L. Martinez #1406 and I responded back to September's home due to her wanting to report recent injuries to her arm caused by who she believed to be Sheriff's deputies (Unknown specified which deputy), which I later determined to never have happened. During September's drawn out rant, she admitted to her right arm being dwarfed and surgically modified due to cancer, not an assault by a Sheriff's deputy.

September screamed at Sergeant Martinez and I about deputies being, "A threat to my life." September was screaming the Sheriff's Department has done horrible things to her in the past. September claimed past police reports were falsified by deputies and "Sheriff's deputies did this (pointing at her right arm which was surgically repaired and dwarfed) and you guys also murdered an unborn child." After listening to September yell as Sergeant Martinez attempted to talk to her, demanding a report, I began asking her simple questions and she stated the following:

On Friday, 09-01-23, at about 0900 hours, in the living room of her apartment, September started her day with her ex boyfriend of 4 years, James John Waldrop ▓▓▓▓▓▓▓▓▓▓. James and her began arguing. James grabbed onto Septembers' upper arms and threw her to the ground. James left the apartment. September pointed at two small bruises on her left arm and stated they were caused when James threw her to the ground. I asked September why she did not call the police on Friday after the incident and she stated she did not think there was any reason to do so because the Sheriff's Department does not do their jobs. I remember on previous calls for service September mentioning her ex boyfriend, but he was never determined or proved to exist. I used my department phone and took two photographs of September's left arm.

After listening to September's allegations and complaints for about 10 minutes, I

Page 2 of 4

ORANGE COUNTY
**SHERIFF'S DEPARTMENT**
CALIFORNIA

DR #: 23-033188

**INCIDENT REPORT**

# ORIGINAL

determined there to be no factual evidence of domestic violence. It is just as likely the bruises on her left arm were self inflicted than caused by another person. September provided no evidence at James even exists or that they have recently been together. This report was taken only on the demand of September. I gave September a business card with this case number attached to it.

  I called the phone number provided to me from September for James, which either does not exist or no longer his phone number. The apartment complex provided for James no longer exists either, as that complex was demolished per a prior investigating deputy to a different unfounded allegation by September of domestic violence. I attached the photographs I took of September's arm and booked them into evidence at the Aliso Viejo Station as well as attached them to this report.



**Description:** Picture of Reporting Party

**Exhibit: B Page: 3**

 **ORANGE COUNTY SHERIFF'S DEPARTMENT CALIFORNIA**    DR #: 23-033188

**INCIDENT REPORT**

 **ORIGINAL**



**Description:** Picture of Reporting Party

| INVOLVEMENT TYPE | OFFICER NAME | BODY WORN CAMERA | DATE |
|---|---|---|---|
| Reporting Officer | M . Johnson 08863 | ☑ | 9/5/2023 |
| Approving Officer | C . Hibbs 03934 | ☐ | 9/6/2023 |
| Assisting Officer | L . Martinez 01406 | ☑ | 9/5/2023 |

Exhibit: B Page: 4

# EXHIBIT C

| Date | Time | Case # | Type | Location |
|---|---|---|---|---|
| 21 | 12/21/2021 3:33:?? PM | 211221-0594 | TRAFFIC STOP | ALISO VIEJO PKWY // ALISO CREEK |
| 221 | 12/21/2021 3:03:22 PM | 211221-0594 | TRAFFIC STOP | COLUMBIA // ALISO CREEK RD |
| PM | 12/21/2021 2:50:03 PM | 211221-0584 | TRAFFIC STOP | ALISO CREEK RD // FWY-73 |
| 2021 3 PM | 12/21/2021 2:13:04 PM | 211221-0548 | SUSPICIOUS PERSON IN VEH | 0 BLK ENTERPRISE |
| 2021 4 PM | 12/21/2021 1:49:24 PM | 211221-0529 | PATROL CHECK | 26200 BLK WOOD CANYON DR |
| 2021 29 AM | 12/21/2021 11:59:29 AM | 211221-0438 | PATROL CHECK | PURSUIT // ALISO CREEK RD |
| 1:37 AM | 12/21/2021 11:33:21 AM | 211221-0407 | WELFARE CHECK | ALISO CREEK RD // EL TORO RD |
| 7/2021 9:49 AM | 12/21/2021 9:39:49 AM | 211221-0290 | TRAFFIC ACCIDENT-NON INJURY | PACIFIC PARK DR // ALISO VIEJO PKWY |
| 21/2021 6:26 AM | 12/21/2021 9:38:27 AM | 211221-0271 | BURGLARY ALARM-AUDIBLE | 0 BLK CRIMSON CYN |
| /21/2021 13:15 AM | 12/21/2021 9:31:11 AM | 211221-0269 | WELFARE CHECK | 0 BLK |
| 2021 :11:17 AM | 12/21/2021 9:12:18 AM | 211221-0266 | DISTURBANCE | 0 BLK ENTERPRISE |
| 2/21/2021 :31:45 AM | 12/21/2021 8:31:45 AM | 211221-0225 | PATROL CHECK | 22700 BLK SANBORN |
| 12/21/2021 :28:48 AM | 12/21/2021 8:28:48 AM | 211221-0224 | PATROL CHECK | 28800 BLK LA PAZ RD |
| 18/21/2021 7:53:21 AM | 12/21/2021 7:57:57 AM | 211221-0183 | SUSPICIOUS PERSON/CIRCS | 26900 BLK WOODFIELD DR |
| 12/21/2021 7:20:00 AM | 12/21/2021 7:25:58 AM | 211221-0161 | FOLLOW UP REPORT | 26900 BLK WOODFIELD DR |
| 12/21/2021 7:24:12 AM | 12/21/2021 7:24:12 AM | 211221-0162 | PATROL CHECK | 28000 BLK WOLVERINE WY |
| 12/21/2021 5:20:25 AM | 12/21/2021 5:24:08 AM | 211221-0101 | DISTURBANCE | 26900 BLK LA PAZ RD |
| 12/21/2021 3:28:27 AM | 12/21/2021 3:32:14 AM | 211221-0074 | SUSPICIOUS PERSON/CIRCS | CHASE // LIDO LN |
| 12/20/2021 9:41:52 PM | 12/20/2021 10:00:39 PM | 211220-0818 | WELFARE CHECK | 23300 BLK EL REPOSA |
| 12/20/2021 9:26 PM | 12/20/2021 9:32:45 PM | 211220-0809 | DISTURBANCE | 5200 BLK CAPOBELLA |
| 12/20/2021 8:48:06 PM | 12/20/2021 8:52:00 PM | 211220-0778 | 9-1-1 HANGUP | 0 BLK JOURNEY |
| 12/20/2021 8:43:?? PM | 12/20/2021 8:51:59 PM | 211220-0775 | DISTURBANCE | 5200 BLK CAPOBELLA |
| 12/20/2021 8:27:18 PM | 12/20/2021 8:29:11 PM | 211220-0759 | WELFARE CHECK | GRAND // HORIZON |
| 12/20/2021 8:12:53 PM | 12/20/2021 8:19:31 PM | 211220-0750 | HIT AND RUN PARKED CAR REPORT | ALISO CREEK RD // PACIFIC PARK DR |
| 12/20/2021 3:25:31 PM | 12/20/2021 3:29:18 PM | 211220-0584 | WELFARE CHECK | WESTWING // ALISO CREEK RD |
| 12/20/2021 3:25:01 PM | 12/20/2021 3:25:01 PM | 211220-0582 | FOLLOW UP REPORT | 0 BLK JOURNEY |
| 12/20/2021 2:37:37 PM | 12/20/2021 2:43:04 PM | 211220-0518 | FOLLOW UP REPORT | ALISO CREEK RD // PACIFIC PARK DR |
| 12/20/2021 1:43:50 PM | 12/20/2021 1:58:09 PM | 211220-0454 | DISTURBANCE | ALISO CREEK RD // PACIFIC PARK DR |
| 12/20/2021 1:00:41 PM | 12/20/2021 1:14:00 PM | 211220-0438 | DISTURBANCE | 26500 BLK WOOD CANYON DR |
| 12/20/2021 1:03:59 PM | 12/20/2021 1:03:59 PM | 211220-0426 | CIVIL PROCESS | 0 BLK DEERWOOD |
| 12/20/2021 12:86:01 PM | 12/20/2021 12:36:02 PM | 211220-0404 | TRAFFIC STOP | WESTWING // MOORHEN LN |
| 12/20/2021 10:48:40 AM | 12/20/2021 11:32:47 AM | 211220-0297 | SUSPICIOUS PERSON/CIRCS | 22500 BLK CHASE |
| 12/20/2021 11:15:50 AM | 12/20/2021 11:15:50 AM | 211220-0325 | CIVIL PROCESS | 0 BLK DEERWOOD |
| 12/20/2021 10:15:11 AM | 12/20/2021 10:32:58 AM | 211220-0269 | FOLLOW UP REPORT | 0 BLK ENTERPRISE |
| 13/20/2021 10:12:27 AM | 13/20/2021 10:12:27 AM | 211220-0266 | MEETING | 0 BLK JOURNEY |
| 12/20/2021 9:32:20 AM | 12/20/2021 9:41:03 AM | 211220-0215 | BURGLARY ALARM-AUDIBLE | 0 BLK DAWN LN |
| 12/20/2021 8:30:10 AM | 13/20/2021 8:45:37 AM | 211220-0178 | SUSPICIOUS PERSON IN VEH | PACIFIC GROVE DR // BOUNDARY OAK |

**Exhibit: C Page 1**

# EXHIBIT D



**Exhibit: D Page: 1**





**Exhibit: D Page: 3**



# EXHIBIT E

# ORANGE COUNTY SHERIFF'S DEPARTMENT

☐ P.O. Box 449, Santa Ana, CA 92702
☐ 11 Journey, Aliso Viejo, CA 92656
☐ 100 Ave. Presidio, San Clemente, CA 92672

☐ 11100 Cedar St., Stanton, CA 90680
☐ 20994 Yorba Linda Blvd., Yorba Linda, CA 92887
☐ 20202 Windrow Drive, Lake Forest, CA 92630

Should additional information develop concerning your case, please send this information, in writing, to the address indicated above.

If this case involves property loss, there is additional information that can assist us in recovering your possessions. Please submit a detailed description to include the following information: item, quantity, serial and model numbers, color, special identifying marks or characteristics, and the value. Please include your name, address and case number.

## DON BARNES, SHERIFF-CORONER

Case # 22- 003962

By _CBELFIELD@ OCSHERIFF. GOV_

F0680-226 (R3/15)



Please take our customer Survey
www.ocsd.org/survey

# EXHIBIT F

ON September 2? 2021 I am
entering a legal binding contract with
September Slocem. I James Walldrop promise
in this contract to.

• pay Septembers utilities and rent
for the next year. Ouling September 25 2022

• I The phone lines I will pay for monthly
and I cease from threaten to violate
the phone contract we are already have
which is but monthly payment of the bill and
she has all the equity in it.

• I will cease all agize threatning September
a during September, verbally, emotionally,
physically.

• I will stop the use of here and the use
of four with any communication.

A violating any of these will be a
monitery restitution immediatly of
a payment of $1000.00 pre Violation.

• even if its before up inn payment of
$500.00

• This contract I" legally binding I
will NOT threy it over here hand to
threaten to violate prff contents of the contract.

# EXHIBIT G



# Orange County Fire Authority
## Official Incident Report
02/06/2024
1 Fire Authority Road • Irvine, CA 92602 • 714-573-6000 • 1-800-545-5585

## Incident: 2023-0120432-000

| | |
|---|---|
| Incident Number | 2023120432 |
| Incident Date | 09/05/2023 |
| Incident Status | Closed |
| Alarm Time | 09/05/2023 10:29:40 |
| Arrival Time | 09/05/2023 10:41:32 |
| Cleared Time | 09/05/2023 11:15:47 |
| Incident Type | 321 - EMS call, excluding vehicle accident with injury |
| Shift | B |
| Station | ORC57 |
| Alarms | 0 |
| District | 4945Y |
| Mutual Aid | N - None |
| Actions Taken | 921 - Cancelled onscene, no action taken |

## Location

| | |
|---|---|
| Location Type | 1 - Street address |
| Directions | *** STAGE AWAY *** |
| Address | 5200 CAPOBELLA |
| City | ALISO VIEJO |
| State | CA |
| Longitude | -117.7337 |
| Latitude | 33.5948 |
| Property Use | 419 - 1 or 2 family dwelling |
| Estimated Property Loss | |
| Estimated Contents Loss | |

## Resources

### Unit E22 - OCFA Unit  - Responsible for full report

| | |
|---|---|
| Main Use | 0 - Other |
| Unit Type | 11 - Engine |
| Number of Personnel | 4 |
| Actions Taken | 921 - Cancelled onscene, no action taken |
| Dispatch Time | 09/05/2023 10:29:40 |
| Enroute Time | 09/05/2023 10:30:04 |

Exhibit: G Page: 2

| | |
|---|---|
| Arrival Time | 09/05/2023 11:00:30 |
| Clear Time | 09/05/2023 11:07:23 |
| Reporting Member | 7756 BARRON RYAN M |
| Reporting Date | 09/15/2023 |

### Personnel on Unit E22

| | |
|---|---|
| FIRE CAPTAIN/PM | 4594 MCALLISTER MICAH |
| FIRE APPARATUS ENGINEER | 6956 SCHERER SCOTT |
| FIREFIGHTER | 7653 BOSS KYLE |
| FIREFIGHTER/PM | 7756 BARRON RYAN |

---

### Unit E57 - OCFA Unit

| | |
|---|---|
| Main Use | 0 - Other |
| Unit Type | 11 - Engine |
| Number of Personnel | 3 |
| Actions Taken | 921 - Cancelled onscene, no action taken |
| Dispatch Time | 09/05/2023 10:29:40 |
| Enroute Time | 09/05/2023 10:31:08 |
| Arrival Time | 09/05/2023 11:02:26 |
| Clear Time | 09/05/2023 11:15:47 |
| Reporting Member | 6942 BAUER LUCAS B |
| Reporting Date | 09/05/2023 |

### Personnel on Unit E57

| | |
|---|---|
| FIRE CAPTAIN | 6942 BAUER LUCAS |
| FIRE APPARATUS ENGINEER | 5065 CACIOPPO DOMINIC |
| FIREFIGHTER | 7315 SUAREZ MATTHEW |

---

### Unit AMB53 - Outside Agency Unit

| | |
|---|---|
| Dispatch Time | 09/05/2023 10:29:40 |
| Enroute Time | |
| Arrival Time | |
| Clear Time | 09/05/2023 10:31:27 |

---

### Unit CAR7499 - Outside Agency Unit

| | |
|---|---|
| Dispatch Time | 09/05/2023 10:31:02 |
| Enroute Time | 09/05/2023 10:31:16 |
| Arrival Time | 09/05/2023 10:41:32 |
| Clear Time | 09/05/2023 11:10:17 |

---

**Exhibit: G Page: 3**

| ORANGE COUNTY FIRE AUTHORITY |
| OFFICIAL CONTROLLED DOCUMENT • DUPLICATION OR REISSUANCE CONTROLLED BY LAW |

Released By: EVAN HESS                                    Print Date: 02/06/2024 15:48

**Special Note:** This report is subject to minor revisions for purposes of clarification or to correct typographic errors.  The information provided in this report is deemed current as of the print date/time noted above.

**Exhibit: G Page: 4**

# Incident Detail Report

Data Source: **Data Warehouse**
Incident Status: **Closed**
Incident number: **23-120432**
Case Numbers:
Incident Date: **9/5/2023 10:29:13**
Report Generated: **2/6/2024 15:49:34**

## Incident Information

| | | | |
|---|---|---|---|
| **Incident Type:** | Medical-ALS | **Alarm Level:** | 1 |
| **Priority:** | 1 | **Problem:** | ALS-Behavioral/Suicidal |
| **Determinant:** | | **Agency:** | OCFA |
| **Base Response#:** | | **Jurisdiction:** | DIV5 |
| **Confirmation#:** | | **Division:** | DIV5 |
| **Taken By:** | MINDYMILLER | **Battalion:** | BAT04 |
| **Response Area:** | MTZ-NPB/LAB07 | **Response Plan:** | MEDICAL-ALS |
| **Disposition:** | | **Command Ch:** | 5C |
| **Cancel Reason:** | | **Primary TAC:** | 5D |
| **Incident Status:** | Closed | **Secondary TAC:** | 5O |
| **Certification:** | | **Delay Reason (if any):** | |
| **Longitude:** | 117733721 | **Latitude:** | 33594831 |

## Incident Location

| | | | |
|---|---|---|---|
| **Location Name:** | *** STAGE AWAY *** | **County:** | Orange |
| **Address:** | 5200 Capobella | **Location Type:** | |
| **Apartment:** | | **Cross Street:** | Dead End/Dead End |
| **ASA:** | | **District:** | D4945y |
| **City, State, Zip:** | AVO CA 92656 | | |

## Custom Time
**No Custom Time Stamps**

## Call

| | | | |
|---|---|---|---|
| **Call Back Phone:** | OCSO | | |
| **Caller Address:** | | **Caller Location Phone:** | |
| **Caller Building:** | | **Caller Apartment:** | |
| **Caller City, State, Zip:** | | **Caller County:** | |

## Time Stamps

| Description | Date | Time | User | Elapsed Times Description | Time |
|---|---|---|---|---|---|
| Phone Pickup | 9/5/2023 | 10:28:56 | | | |
| 1st Key Stroke | 9/5/2023 | 10:28:57 | | Received to In Queue | 00:00:02 |
| In Waiting Queue | 9/5/2023 | 10:29:15 | | Call Taking | 00:00:19 |
| Call Taking Complete | 9/5/2023 | 10:29:32 | MINDYMILLER | In Queue to 1st Assign | 00:00:25 |
| 1st Unit Assigned | 9/5/2023 | 10:29:40 | | Call Received to 1st Assign | 00:00:44 |
| 1st Unit Enroute | 9/5/2023 | 10:30:04 | | Assigned to 1st Enroute | 00:00:24.2 |
| 1st Unit Arrived | 9/5/2023 | 10:41:32 | | Enroute to 1st Arrived | 00:11:28 |
| Closed | 9/5/2023 | 11:15:47 | Mobile1 | Incident Duration | 00:46:51 |

## Resources Assigned

| Unit | Primary Flag | Assigned | Disposition | Enroute | Staged | Arrived | At Patient | Delay Avail | Complete | Odm. Enroute | Odm. Arrived | Cancel Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E57 | Y | 10:29:40 | | 10:31:08 | 10:36:31 | 11:02:26 | | | 11:15:47 | | | |
| E22 | N | 10:29:40 | | 10:30:04 | 10:36:35 | 11:00:30 | | | 11:07:23 | | | |
| AMB53 | N | 10:29:40 | | | | | | | 10:31:27 | | | |
| CAR7499 | N | 10:31:02 | | 10:31:16 | | 10:41:32 | | | 11:10:17 | | | |

## Personnel

| Unit | Name |
|---|---|
| E57 | DOMINICCACIOPPO (5065); LUCASBAUER (6942); MATTHEWSUAREZ (7315) |
| E22 | KYLEBOSS (7653); MICAHMCALLISTER (4594); RYANBARRON (7756); SCOTTSCHERER (6956) |

## Caution Notes
**No Caution Notes found**

## Pre-Scheduled Information
**No Pre-Scheduled Information**

## Transports
**No Transports Information**

## Transport Legs
**No Transports Information**

## Comments

| Date | Time | User | Type | Conf. | Comments |
|---|---|---|---|---|---|
| 9/5/2023 | 10:29:16 | C2C | Response | | [1] [CADFUSION] Call transferred to ocmeds |
| 9/5/2023 | 10:29:24 | 6869 | Response | | [2] **** STAGE AWAY **** |
| 9/5/2023 | 10:29:29 | 6869 | Response | | [3] OCSO ER FOR 5150 FEMALE |
| 9/5/2023 | 10:29:41 | CPSERVICE | Response | | [4] Closest HOSPITAL to 5200 Capobella: |
| | | | | | 1: HOSP-SADDLEBACK MEMORIAL MEDICAL CENTER (LGH) *THHR* - ETA: 00:06:46 |
| | | | | | 2: HOSP-MISSION HOSPITAL MISSION VIEJO *THHR* - ETA: |

**Exhibit: G Page: 5**

| | | | | |
|---|---|---|---|---|
| | | | | 00:10:29 |
| | | | | 3: HOSP-HOAG HOSPITAL IRVINE *THHR* - ETA: 00:10:35 |
| 9/5/2023 | 10:29:58 | 7073 | Response | [5] CARE DISPATCH ADV STAGE |
| 9/5/2023 | 10:31:03 | C2C | Response | [6] [CADFUSION] Mutual aid request for unit CAR7499 sent to care |
| 9/5/2023 | 10:31:40 | E22 | Response | [7] Unit E22 - Acknowledged Stage Away |
| 9/5/2023 | 10:33:28 | E57 | Response | [8] Unit E57 - Acknowledged Stage Away |
| 9/5/2023 | 10:50:40 | 6868 | Response | [9] PER SHERIFF / NO UPDATES |
| 9/5/2023 | 10:59:38 | 7093 | Response | [10] PER SHERIFFS CLEAR TO ENTER |
| 9/5/2023 | 11:15:47 | C2C1 | Response | [11] [CADFUSION] The Call owned by OCFA has been closed. |

**Address Changes**
**No Address Changes**

**Priority Changes**
**No Priority Changes**

**Alarm Level Changes**

| Date | Time | User | Change to Alarm |
|---|---|---|---|
| 9/5/2023 | 10:29:40 | J | 1 |

**Activity Log**

| Date | Time | Radio | Activity | Location | Log Entry | User |
|---|---|---|---|---|---|---|
| 9/5/2023 | 10:29:15 | | Incident in Waiting Queue | | | |
| 9/5/2023 | 10:29:15 | | SOP Updated | | Updated SOP information is available | 6869 |
| 9/5/2023 | 10:29:15 | | Waiting Pending Incident Time Warning | | Waiting Pending Incident Time Warning timer expired | |
| 9/5/2023 | 10:29:15 | | Problem Nature | 5200 Capobella | Incident problem nature changed from <Blank> to ALS-Behavioral/Suicidal | 6869 |
| 9/5/2023 | 10:29:15 | | Interface | | This incident 23-120432 has been sent to FATPOT\CADFUSION via the CAD2CAD Interface. | RIINT01PROD |
| 9/5/2023 | 10:29:15 | | Incident Transfer | 5200 Capobella | Incident has been has been transferred, fusion ID 64f7656bea36a93fd02af605 | C2CSERVICE· |
| 9/5/2023 | 10:29:16 | | | | Incident ACK received from Remote CAD OCF-23-120432 | C2C |
| 9/5/2023 | 10:29:16 | | Read Comment | 5200 Capobella | Comment for Incident 590 was marked as read. | RIINT01PROD |
| 9/5/2023 | 10:29:20 | | CAD WEB New Incident | | CAD WEB New Incident Sound Activated | |
| 9/5/2023 | 10:29:25 | | Initial Assignment | | The following unit(s) is (are) recommended for assignment: E57 (00:04:37),E22 (00:05:40),AMB53 (*00:02:21) | 7073 |
| 9/5/2023 | 10:29:32 | | UserAction | | User clicked Exit/Save | 6869 |
| 9/5/2023 | 10:29:35 | | VisiCAD Recommendation | | E39: 00:06:12, E51: 00:09:13, LABE1: 00:09:45, E24: 00:10:12, E9: 00:11:17, T9: 00:11:18, M7: 00:11:30, E47: 00:11:41, E38: 00:12:43, E5: 00:12:52, | 7073 |
| 9/5/2023 | 10:29:40 | E22 | DISP | 5200 Capobella [*** STAGE AWAY ***] | | 7073 |
| 9/5/2023 | 10:29:40 | E57 | DISP | 5200 Capobella [*** STAGE AWAY ***] | | 7073 |
| 9/5/2023 | 10:29:40 | AMB53 | DISP | 5200 Capobella [*** STAGE AWAY ***] | | 7073 |
| 9/5/2023 | 10:29:40 | | Incident Command Channel | 5200 Capobella | Command Channel 5C has been added. | 7073 |
| 9/5/2023 | 10:29:40 | | Incident Primary TAC Channel | 5200 Capobella | Primary TAC Channel 5D has been added. | 7073 |
| 9/5/2023 | 10:29:40 | | Incident Alternate TAC Channel | 5200 Capobella | Alternate TAC Channel 5O has been added. | 7073 |
| 9/5/2023 | 10:29:40 | | Incident Timer Clear | | Incident Timer Cleared | |
| 9/5/2023 | 10:29:41 | E57 | Unit Assignment Notification | JOURNEY\PACIFIC PARK DR | E57 - assignment id 4288407. | RIINT09PROD |
| 9/5/2023 | 10:29:42 | E22 | Unit Assignment Notification | PASEO DE VALENCIA\PASEO DE VALENCIA | E22 - assignment id 4288408. | RIINT09PROD |
| 9/5/2023 | 10:29:46 | | Read Incident | | Incident 590 was Marked as Read. | 7073 |
| 9/5/2023 | 10:29:48 | | Read Comment | | Comment for Incident 590 was Marked as Read. | 7073 |
| 9/5/2023 | 10:29:54 | | Westnet Preannouncements Completed | 5200 Capobella | Preannouncements completed for unit(s) E57,E22, in station(s) ORC57,ORC22. | STATIONALER |
| 9/5/2023 | 10:29:58 | | Read Comment | 5200 Capobella | Comment for Incident 590 was marked as read. | 7073 |
| 9/5/2023 | 10:30:00 | | UserAction | | User clicked Exit/Save | 7073 |
| 9/5/2023 | 10:30:04 | E22 | ER | 5200 Capobella [*** STAGE AWAY ***] | Responding From = PASEO DE VALENCIA\PASEO DE VALENCIA. | 5508 |
| 9/5/2023 | 10:30:24 | | CARE CALL NATURE WITH CODE | *** STAGE AWAY *** | CARE AMB CALL NATURE WITH CODE: PSYCHIATRIC TRANSFER (CODE 2) | RIINT09PROD |
| 9/5/2023 | 10:31:02 | CAR7499 | DISP | 5200 Capobella [*** STAGE AWAY ***] | | RIINT09PROD |
| 9/5/2023 | 10:31:08 | E57 | ER | 5200 Capobella [*** STAGE AWAY ***] | Responding From = JOURNEY\PACIFIC PARK DR. | 5171 |
| 9/5/2023 | 10:31:16 | CAR7499 | ER | 5200 Capobella [*** STAGE AWAY ***] | Responding From = PARKING LOT | RIINT09PROD |
| 9/5/2023 | 10:31:27 | AMB53 | AOR | 5200 Capobella [*** STAGE AWAY ***] | | RIINT09PROD |
| 9/5/2023 | 10:31:40 | E22 | ACK STAGE | PASEO DE VALENCIA\EL TORO RD | ACK STAGE AWAY | AutoStatus |

| 9/5/2023 | 10:32:45 | | Premise History Access | | Premise History Viewed | 6869 |
| 9/5/2023 | 10:32:49 | | Read Comment | | Comment for Incident 590 was Marked as Read. | 6869 |
| 9/5/2023 | 10:32:55 | | Premise History Access | | Premise History Viewed | 6868 |
| 9/5/2023 | 10:33:28 | E57 | ACK STAGE | ALISO CREEK RD\AUTUMNGLEN | ACK STAGE AWAY | AutoStatus |
| 9/5/2023 | 10:33:49 | | UserAction | | User clicked Exit/Save | 6868 |
| 9/5/2023 | 10:36:22 | E57 | Route Deviation | ALISO CREEK RD\EASTWING | Unit E57 deviated from original driving directions route | 5171 |
| 9/5/2023 | 10:36:31 | E57 | STAGE | EASTWING\ALISO CREEK RD | | 5171 |
| 9/5/2023 | 10:36:35 | E22 | STAGE | CAPOBELLA\ALISO CREEK RD | | 5508 |
| 9/5/2023 | 10:37:12 | E22 | Route Deviation | CAPOBELLA | Unit E22 deviated from original driving directions route | 5508 |
| 9/5/2023 | 10:37:35 | | Read Comment | | Comment for Incident 590 was Read. | 6868 |
| 9/5/2023 | 10:41:23 | | UserAction | | User clicked Exit/Save | 6868 |
| 9/5/2023 | 10:41:32 | CAR7499 | OS | 5200 Capobella | | RIINT09PROD |
| 9/5/2023 | 10:41:35 | | Premise History Access | | Premise History Viewed | 7093 |
| 9/5/2023 | 10:41:46 | | UserAction | | User clicked Exit/Save | 7093 |
| 9/5/2023 | 10:49:26 | | UserAction | | User clicked Exit/Save | 6869 |
| 9/5/2023 | 10:50:40 | | Read Comment | 5200 Capobella | Comment for Incident 590 was marked as read. | 6868 |
| 9/5/2023 | 10:51:31 | | UserAction | | User clicked Exit/Save | 6868 |
| 9/5/2023 | 10:59:33 | | Read Comment | | Comment for Incident 590 was Marked as Read. | 7093 |
| 9/5/2023 | 10:59:38 | | Read Comment | 5200 Capobella | Comment for Incident 590 was Marked as read. | 7093 |
| 9/5/2023 | 10:59:39 | | Read Comment | | Comment for Incident 590 was Marked as Read. | 7073 |
| 9/5/2023 | 10:59:40 | | UserAction | | User clicked Exit/Save | 7093 |
| 9/5/2023 | 10:59:41 | | UserAction | | User clicked Exit/Save | 7073 |
| 9/5/2023 | 10:59:51 | | Premise History Access | | Premise History Viewed | 7093 |
| 9/5/2023 | 10:59:59 | | UserAction | | User clicked Exit/Save | 7263 |
| 9/5/2023 | 11:00:07 | | UserAction | | User clicked Exit/Save | 7093 |
| 9/5/2023 | 11:00:30 | E22 | OS | 5200 Capobella [*** STAGE AWAY ***] | | 5508 |
| 9/5/2023 | 11:01:31 | | UserAction | | User clicked Exit/Save | 6868 |
| 9/5/2023 | 11:02:26 | E57 | OS | 5200 Capobella [*** STAGE AWAY ***] | | 5171 |
| 9/5/2023 | 11:07:23 | E22 | AOR | 5200 Capobella [*** STAGE AWAY ***] | Unit Cleared From Incident 23-120432 | 5508 |
| 9/5/2023 | 11:10:17 | CAR7499 | AOR | 5200 Capobella [*** STAGE AWAY ***] | | RIINT09PROD |
| 9/5/2023 | 11:15:47 | E57 | AOR | 5200 Capobella [*** STAGE AWAY ***] | Unit Cleared From Incident 23-120432 | 5171 |
| 9/5/2023 | 11:15:47 | E57 | Response Closed | *** STAGE AWAY *** | Response Disposition: | 5171 |
| 9/5/2023 | 11:15:48 | | Read Comment | 5200 Capobella | Comment for Incident 590 was marked as read. | C2CSERVICE |

| Date | Time | Field | Changed From | Changed To | Reason | Table | Workstation | User |
|---|---|---|---|---|---|---|---|---|
| 9/5/2023 | 10:28:56 | Agency Name | | OCFA | (Response Viewer) | Incident | FA06 | 6869 |
| 9/5/2023 | 10:29:00 | Address | (Blank) | 5200 CAP | New Entry | Response_Master_Incident | FA06 | 6869 |
| 9/5/2023 | 10:29:00 | Jurisdiction | | DIV5 | (Response Viewer) | Response_Master_Incident | FA06 | 6869 |
| 9/5/2023 | 10:29:00 | Division | | DIV5 | (Response Viewer) | Response_Master_Incident | FA06 | 6869 |
| 9/5/2023 | 10:29:00 | Battalion | | BAT04 | (Response Viewer) | Response_Master_Incident | FA06 | 6869 |
| 9/5/2023 | 10:29:00 | Response_Area | | MTZ-NPB/LAB07 | (Response Viewer) | Response_Master_Incident | FA06 | 6869 |
| 9/5/2023 | 10:29:00 | ResponsePlanType0 | | 0 | (Response Viewer) | Response_Master_Incident | FA06 | 6869 |
| 9/5/2023 | 10:29:00 | Address | 5200 CAP | 5200 CAPOBELLA | Entry Selected/Returned from GeoLocator | Response_Master_Incident | FA06 | 6869 |
| 9/5/2023 | 10:29:00 | City | | AVO | Updated City | Response_Master_Incident | FA06 | 6869 |
| 9/5/2023 | 10:29:00 | Latitude | 0 | 33594831 | Entry Selected/Returned from GeoLocator | Response_Master_Incident | FA06 | 6869 |
| 9/5/2023 | 10:29:00 | Longitude | 0 | 117733721 | Entry Selected/Returned from GeoLocator | Response_Master_Incident | FA06 | 6869 |
| 9/5/2023 | 10:29:00 | ASA: | | D-CARE | (Response Viewer) | Incident | FA06 | 6869 |
| 9/5/2023 | 10:29:00 | Map Info | | D4945y | (Response Viewer) | Incident | FA06 | 6869 |
| 9/5/2023 | 10:29:00 | WSA: | | Threat | (Response Viewer) | Incident | FA06 | 6869 |
| 9/5/2023 | 10:29:00 | MTZ: | | NPB LAB MTZ | (Response Viewer) | Incident | FA06 | 6869 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/5/2023 10:29:00 | 1st DUE: | | ORC57 | (Response Viewer) | Incident | FA06 | 6869 |
| 9/5/2023 10:29:00 | TB/SAM: | | 921D2/4945B | (Response Viewer) | Incident | FA06 | 6869 |
| 9/5/2023 10:29:00 | Township & Range | | S5T07SR08W | (Response Viewer) | Incident | FA06 | 6869 |
| 9/5/2023 10:29:07 | Location_Name | | *** STAGE AWAY *** | (Response Viewer) | Response_Master_Incident | FA06 | 6869 |
| 9/5/2023 10:29:11 | Call_Back_Phone | | OCSO | (Response Viewer) | Response_Master_Incident | FA06 | 6869 |
| 9/5/2023 10:29:11 | Call Back Phone | | OCSO | (Response Viewer) | Incident | FA06 | 6869 |
| 9/5/2023 10:29:15 | Problem | | ALS-Behavioral/Suicidal | (Response Viewer) | Response_Master_Incident | FA06 | 6869 |
| 9/5/2023 10:29:15 | ASA: | | D-CARE | (Response Viewer) | Incident | FA06 | 6869 |
| 9/5/2023 10:29:15 | WSA: | | Threat | (Response Viewer) | Incident | FA06 | 6869 |
| 9/5/2023 10:29:15 | MTZ: | | NPB LAB MTZ | (Response Viewer) | Incident | FA06 | 6869 |
| 9/5/2023 10:29:15 | 1st DUE: | | ORC57 | (Response Viewer) | Incident | FA06 | 6869 |
| 9/5/2023 10:29:15 | TB/SAM: | | 921D2/4945B | (Response Viewer) | Incident | FA06 | 6869 |
| 9/5/2023 10:29:15 | Township & Range | | S5T07SR08W | (Response Viewer) | Incident | FA06 | 6869 |
| 9/5/2023 10:29:16 | Unread Comment | False | True | (Response Viewer) | Incident | TRIINT01PRODRIINT01PRODMSOS | |
| 9/5/2023 10:29:31 | Caller_Name | | 13M4 | (Response Viewer) | Response_Master_Incident | FA06 | 6869 |
| 9/5/2023 10:29:40 | Command Channel | | 5C | (Response Viewer) | Incident | FA03 | 7073 |
| 9/5/2023 10:29:40 | Primary TAC Channel | | 5D | (Response Viewer) | Incident | FA03 | 7073 |
| 9/5/2023 10:29:40 | Alternate TAC Channel | | 5O | (Response Viewer) | Incident | FA03 | 7073 |
| 9/5/2023 10:29:46 | Read Call | False | True | (Response Viewer) | Response_Master_Incident | FA03 | 7073 |
| 9/5/2023 10:29:48 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident | FA03 | 7073 |
| 9/5/2023 10:29:58 | Unread Comment | False | True | (Response Viewer) | Incident | FA03 | 7073 |
| 9/5/2023 10:32:49 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident | FA06 | 6869 |
| 9/5/2023 10:37:35 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident | FA05 | 6868 |
| 9/5/2023 10:50:40 | Unread Comment | False | True | (Response Viewer) | Incident | FA05 | 6868 |
| 9/5/2023 10:59:33 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident | FA07 | 7093 |
| 9/5/2023 10:59:38 | Unread Comment | False | True | (Response Viewer) | Incident | FA07 | 7093 |
| 9/5/2023 10:59:39 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident | FA03 | 7073 |
| 9/5/2023 11:15:48 | Unread Comment | False | True | (Response Viewer) | Incident | TRIINT06PRODC2CSERVICE1 | |

| Description | Data | User |
|---|---|---|
| ASA: | D-CARE | 6869 |
| WSA: | Threat | 6869 |
| MTZ: | NPB LAB MTZ | 6869 |
| 1st DUE: | ORC57 | 6869 |
| TB/SAM: | 921D2/4945B | 6869 |
| Township & Range | S5T07SR08W | 6869 |
| ASA: | D-CARE | 6869 |
| WSA: | Threat | 6869 |
| MTZ: | NPB LAB MTZ | 6869 |
| 1st DUE: | ORC57 | 6869 |
| TB/SAM: | 921D2/4945B | 6869 |
| Township & Range | S5T07SR08W | 6869 |
| CODE 2/3 | CARE AMB CODE 2 | |

**No Attachment**

# EXHIBIT H



Exhibit: H Page: 1